UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

FELICIA WHITELY, SCOTT DEFALCO and
GABRIELLE WALLS on behalf of
themselves and all others similarly situated,

                                      Plaintiffs,

    -against-

CITY OF NEW YORK
                                Defendant.

-----------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A CHANGE OF VENUE**

Index No. 25 Civ. 00750 (MKB) (JAM)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, the Declaration of Eric Arbizo in Support of Defendant's Motion to Dismiss, exhibits thereto, and upon all prior pleadings and proceedings heretofore had herein, the City of New York will move the United States District Court for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, in courtroom 6F, on a date and time to be set by the Court in accordance with the individual rules of the Honorable Margo K. Brodie, for an order to dismiss Plaintiffs' Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure because it is duplicative of two cases currently pending in the United States District Court in the Southern District of New York, *Defalco et al. v. City of New York et al.,* No. 1:25 Civ. 01339 (S.D.N.Y. Feb. 14, 2025) and *Monasar et al. v. City of New York et al.*, No. 1:25 Civ. 01337 (S.D.N.Y. Feb. 14, 2025), and because the *Defalco* and *Monasar* cases, initially filed in Supreme Court of the State of New York, New York County, are the first-filed cases and dismissal is warranted. In the alternative, Defendant will move the Court for an order transferring this action to the Southern District of New York so that it may be consolidated with the first-filed cases.

Dated: March 6, 2025
      New York, New York

                                  **MURIEL GOODE-TRUFANT**
                                  Corporation Counsel of the City of New York
                                  Attorney for Defendant
                                  100 Church Street, Room 2-124
                                  New York, New York 10007
                                  (212) 356-3580
                                  earbizo@law.nyc.gov

                         By: _/s/ Eric Arbizo_____
                                  Eric Arbizo
                                  Assistant Corporation Counsel

To:   John Scola, Nathaniel Charny, and Megan Goddard, *Attorneys for Plaintiffs*
(via ECF)