Exhibit E to Declaration of Eric Arbizo in Support of the Motion to Dismiss

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
SCOTT DEFALCO, JOHN AMBRONSINO,
FELICIA WHITELY, AND ANDERSON THIMOTE, on
behalf of themselves and others similarly situated,   **NOTICE OF REMOVAL**

                              Plaintiffs,   Case No. 25 Civ. 1339

        -against-

THE CITY OF NEW YORK, PRIMARK
CORPORATION, PRIMARK US CORP ZARA
USA, INC., ROCKEFELLER CENTER, INC.,
and BRYANT PARK CORPORATION,

                              Defendants.
---------------------------------X

**TO:    THE UNITED STATES DISTRICT COURT,
         SOUTHERN DISTRICT OF NEW YORK**

        Defendant, City of New York, by and through its attorney Muriel Goode-Trufant, Corporation Counsel of the City of New York, respectfully move this Court as follows:

        1.      On January 17, 2025, City of New York received by e-mail service, on the Office of the Corporation Counsel, a Summons and Complaint filed in the Supreme Court of the State of New York, County of New York, under Index No. 150717/2025.

        2.      A copy of Plaintiffs' Summons and Complaint is annexed hereto as Exhibit "A."

        3.      On January 27, 2025, Plaintiffs filed an Amended Summons and Complaint, naming the City of New York, Primark US Corp., Zara USA, Inc., Rockefeller Center, Inc., and Bryant Park Corporation as defendants (collectively, "Defendants"). See Exhibit "B."

        4.      Plaintiffs bring this action alleging, *inter alia*, that Defendants failed to pay, or failed to timely pay, wages for work performed by the Plaintiffs under the Fair Labor Standards

Exhibit E to Declaration of Eric Arbizo in Support of the Motion to Dismiss

Act, 29 U.S.C. §§ 201, et seq. ("FLSA"), the New York Labor Law, N.Y., Lab. Law §§ 1, et seq. ("NYLL"), and in the alternative the Freelance Isn't Free Act, N.Y.C., Admin. Code §§ 20-927, et seq. ("FIFA"), See Exhibit "B."

5. The above-captioned action is a civil action of which the District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it alleges claims which arise under the Constitution and laws of the United States. This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. §§ 1441 and 1443.

6. This Notice of Removal is timely because it is being filed within thirty days of a defendant's receipt of the Summons and Complaint. See 28 U.S.C. § 1446 (b).

7. The City of New York is the only defendant served and joined in this matter.

8. Pursuant to 28 U.S.C. §1466(d), counsel for the City of New York shall promptly provide plaintiff with written notice of the filing of this Notice of Removal, and shall file a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York.

9. The City of New York reserves all claims and defenses, including, without limitation, those set forth in Rule 12(b) of the Federal Rules of Civil Procedure

10. The City of New York is unaware of any previous application for the relief requested herein.

**WHEREFORE**, the City of New York respectfully requests that the above-captioned action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Case 1:25-cv-01725-MKB-JAM Document 12-5 Filed 03/04/25 Page 3 of 4 PageID #: 274
Case 0:25-cv-01329-DEH Document 51 Filed 02/14/25 Page 3 of 4

Exhibit E to Declaration of Eric Arbizo in Support of the Motion to Dismiss

Dated: New York, New York
February 14, 2025

                                Muriel Goode-Trufant
                                Corporation Counsel
                                of the City of New York
                                Attorney for City Defendants
                                100 Church Street, Room 2-124
                                New York, New York 10007
                                (212) 356-3580
                                earbizo@law.nyc.gov

By: */s/ Eric Arbizo*

                                Eric Arbizo
                                Assistant Corporation Counsel

TO: Law Office of John A. Scola, PLLC
Attorneys for Plaintiffs and the Putative Class and Collective
John Scola
90 Broad Street Suite 1023
New York, New York 10004
(917) 423-1445
jscola@johnscolalaw.com

GODDARD LAW PLLC
*Attorneys for Plaintiffs* and the Putative Class and Collective
Megan S. Goddard, Esq.
39 Broadway, Suite 1540
New York, New York 10006
(646) 964-1178
Megan@goddardlawnyc.com

Charny & Wheeler P.C.
Attorneys for Plaintiffs and the Putative Class and Collective

Nathaniel K. Charny, Esq.
42 West Market Street
Rhinebeck, New York 12572
Tel - (845) 876-7500
Fax - (845) 876-7501
ncharny@charnywheeler.com